**PORZIO**
**BROMBERG & NEWMAN P.C.**

ATTORNEYS AT LAW

MORRISTOWN NJ • NEW YORK NY • OCEAN CITY NJ • PRINCETON NJ
SAN JUAN PR • WESTBOROUGH MA • WILMINGTON DE

CHRISTOPHER P. MAZZA
MEMBER, NJ AND NY BARS
DIRECT DIAL NO.: 973-889-4256
E-MAIL ADDRESS: CPMAZZA@PBNLAW.COM

January 27, 2021

**VIA CM/ECF AND OVERNIGHT MAIL**

TO: ALL PARTIES ON THE ATTACHED SERVICE LIST

Re:   *In re: Festive Works, LLC, et al.*
      Case No.: 21-10445 (JKS)

Dear Sir or Madam:

This firm is counsel to Festive Works, LLC and Marco Polo Restaurant & Tavern, Inc., debtors in the above referenced matter.

Please be advised that the hearing on the *Motion Of Debtors-In-Possession For Entry Of (I) An Order (A) Authorizing And Approving Bidding Procedures In Connection With The Sale Of Substantially All Of The Debtors' Assets Pursuant To The Stalking Horse Agreement; (B) Authorizing And Approving Expense Reimbursement Related Thereto; (C) Approving Procedures For The Assumption And Assignment Of Executory Contracts And Unexpired Leases; (D) Scheduling A Sale Hearing; (E) Approving The Form And Manner Of Notice Thereof; And (F) Granting Related Relief; And (Ii) An Order (A) Authorizing And Approving The Sale Of Substantially All Of The Debtors' Assets Free And Clear Of All Claims, Liens, Rights, Interests, And Encumbrances, (B) Authorizing And Approving The Assumption And Assignment Of Executory Contracts And Unexpired Leases Related Thereto, And (C) Granting Related Relief* [ECF No. 10] has been rescheduled from 10:00 a.m. on Friday, January 29, 2021 to **1:00 p.m.** on Friday, January 29, 2021.

Parties wishing to participate are directed to make arrangements telephonically via Court Solutions (https://www.court-solutions.com/ or dial 917-746-7476).

Very truly yours,

*/s/ Christopher Mazza*

Christopher P. Mazza

100 SOUTHGATE PARKWAY, P.O. BOX 1997
MORRISTOWN, NJ 07962-1997
TELEPHONE (973) 538-4006
FAX (973) 538-5146
www.pbnlaw.com

6288332

**SERVICE LIST**

| Party Description | Creditor | Contact | Address 1 | Address 2 | City | State | ZIP Code | Method of Service | Email Address |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Stalking Horse Bidder | Law Offices of John L. Sweeney | Attn: John L. Sweeney | 51 Dumont Place | | Morristown | NJ | 07960 | Email | sweenlaw@optonline.net |
| Counsel to Unity Bank | Norris McLaughlin, P.A. | Jerome Gallagher, Esq. | 400 Crossing Blvd. | 8th Floor | Bridgewater | NJ | 08807 | Email | jfgallagher@norris-law.com; rjswiktes@norris-law.com |
| Governmental Agency | New Jersey Division of Taxation, Compliance and Enforcement | Bankruptcy Unit | 50 Barrack Street | 9th Floor | Trenton | NJ | 08695 | Federal Express Overnight | |
| Governmental Agency | Internal Revenue Service | ATTN: Legal Dept | 2970 Market Street | Mail Stop 5-Q30.133 | Philadelphia | PA | 19104 | Federal Express Overnight | |
| Governmental Agency | Office of the Attorney General of the State of New Jersey | Division of Law | Richard J. Hughes Justice Complex | 25 Market Street | Trenton | NJ | 08625 | Federal Express Overnight | |
| Governmental Agency | United States Attorney | ATTN: Legal Dept | Peter Rodino Federal Building | 970 Broad Street, Suite 700 | Newark | NJ | 07102 | Federal Express Overnight | |
| Governmental Agency | United States Department of Justice | ATTN: Legal Dept | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530 | Federal Express Overnight | |
| Governmental Agency | Office of the United States Trustee for the District of New Jersey | Fran B. Steele, Esq. | One Newark Center | Suite 2100, 1085 Raymond Boulevard | Newark | NJ | 07102 | Email | Fran.B.Steele@usdoj.gov |
| Secured Creditor - Marco Polo Restaurant & Tavern, Inc. | American Express National Bank | ATTN: Legal Dept | 4315 South 2700 West | | Salt Lake City | UT | 84184 | Federal Express Overnight | |
| Secured Creditor - Marco Polo Restaurant & Tavern, Inc. | Corporation Service Company | ATTN: Legal Dept | 801 Adlai Stevenson Drive | | Springfield | IL | 62703 | Federal Express Overnight | |
| Secured Creditor - Marco Polo Restaurant & Tavern, Inc. | NJ Dept. of Labor & Workforce Devel., Div. of Employer Accts | Bankruptcy Unit | 1 John Fitch Plaza | | Trenton | NJ | 08611 | Federal Express Overnight | |
| Secured Creditor - Marco Polo Restaurant & Tavern, Inc. | Pawnee Leasing Corporation | ATTN: Legal Dept | 3801 Automation Way | Suite 207 | Fort Collins | CO | 80525 | Federal Express Overnight | |
| Secured Creditor - Marco Polo Restaurant & Tavern, Inc. | CT Corporation System | ATTN: Legal Dept | 330 N. Brand Blvd | Suite 700 | Glendale | CA | 91203 | Federal Express Overnight | |
| Secured Creditor - Marco Polo Restaurant & Tavern, Inc. | US Foods, Inc. | ATTN: Legal Dept | 1051 Amboy Avenue | | Perth Amboy | NJ | 08861 | Federal Express Overnight | |
| Top 20 - Festive Works, LLC and Marco Polo Restaurant & Tavern, Inc. | MRY Associates, LLC | c/o Deirdre Moore, Esq., Fox Rothschild LLP | 49 Market Street | | Morristown | NJ | 07960 | Email | dmoore@foxrothschild.com; cyoungman@foxrothschild.com |
| Top 20 - Festive Works, LLC and Marco Polo Restaurant & Tavern, Inc. | Olivia and Charles Moshella | Raymond P. Vivino, Esq., Vivino & Vivino, LLC, Law Offices of Matthew Coppolecchia | 401 Hamburg Turnpike | Suite 201 | Wayne | NJ | 07474 | Email | vivinolaw@aol.com |
| Top 20 - Festive Works, LLC and Marco Polo Restaurant & Tavern, Inc. | ZJJ Holdings, LLC | Coppolecchia | 350 Springfield Avenue | Suite 200-207 | Summit | NJ | 07901 | Email | mcoppolecchia@coppolecchialaw.com |
| Top 20 - Marco Polo Restaurant & Tavern, Inc. | Genova Burns LLC | Judson Stein, Esq. | 494 Broad Street | | Newark | NJ | 07102 | Email | jstein@genovaburns.com |
| Top 20 - Marco Polo Restaurant & Tavern, Inc. | Alma Bank | ATTN: Legal Dept | 28-31 31st Street | | Astoria | NY | 11102 | Federal Express Overnight | |
| Top 20 - Marco Polo Restaurant & Tavern, Inc. | Amguard Insurance Company | ATTN: Legal Dept | 39 Public Square | | Wilkes Barre | PA | 18703 | Federal Express Overnight | |
| Top 20 - Marco Polo Restaurant & Tavern, Inc. | Cintas Fire Protection | ATTN: Legal Dept | 546 Green Lane | | Union | NJ | 07083 | Federal Express Overnight | |
| Top 20 - Marco Polo Restaurant & Tavern, Inc. | Frank Garguilo & Sons Inc. | ATTN: Legal Dept | 535 Sweetland Avenue | Ste 1 | Hillside | NJ | 07205 | Federal Express Overnight | |
| Top 20 - Marco Polo Restaurant & Tavern, Inc. | High Speed Capital LLC | ATTN: Legal Dept | 30 Broad Street | Ste 1407 | New York | NY | 10004 | Federal Express Overnight | |
| Top 20 - Marco Polo Restaurant & Tavern, Inc. | Allied Beverage Group LLC | ATTN: Legal Dept | 700 Kapkowski Road | | Elizabeth | NJ | 07201 | Federal Express Overnight | |
| Top 20 - Marco Polo Restaurant & Tavern, Inc. | Amtrust North America Inc. | ATTN: Legal Dept | 800 Superior Avenue East | 21st Floor | Cleveland | OH | 44114 | Federal Express Overnight | |
| Top 20 - Marco Polo Restaurant & Tavern, Inc. | Ecolab Pest Elim Div. | ATTN: Legal Dept | 1 Ecolab Place | | St. Paul | MN | 55102 | Federal Express Overnight | |
| Top 20 - Marco Polo Restaurant & Tavern, Inc. | Interguard, Ltd. | ATTN: Legal Dept | 16 S. River Street | | Wilkes Barre | PA | 18702 | Federal Express Overnight | |
| Top 20 - Marco Polo Restaurant & Tavern, Inc. | Maximum Quality Foods | ATTN: Legal Dept | 3351 Tremley Point Road | | Linden | NJ | 07036 | Federal Express Overnight | |
| Top 20 - Marco Polo Restaurant & Tavern, Inc. | PFG Foods | ATTN: Legal Dept | 301 Heron Drive | | Swedesboro | NJ | 08085 | Federal Express Overnight | |
| Top 20 - Marco Polo Restaurant & Tavern, Inc./Utility Provider | Jersey Central Power & Light | ATTN: Legal Dept | 1345 Englishtown Rd | | Old Bridge | NJ | 08857 | Federal Express Overnight | |
| Top 20 - Marco Polo Restaurant & Tavern, Inc./Utility Provider | NJ American Water Company | ATTN: Legal Dept | 1 Water Street | | Camden | NJ | 08102 | Federal Express Overnight | |
| Top 20 - Marco Polo Restaurant & Tavern, Inc./Utility Provider | Public Service Electric Gas & Co. | ATTN: Legal Dept | 80 Park Plaza | | Newark | NJ | 07101 | Federal Express Overnight | |